Allan D. HARDY, Appellant,

v.

Dana MOORHEAD; St. Paul Probation, Appellees.

No. 05–2902.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 4, 2006.

Decided: Aug. 15, 2006.

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and

Allan D. Hardy, Bayport, MN, pro se.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Minnesota inmate Allan Hardy appeals the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we agree with the district court's decision to dismiss the case, and accordingly affirm. *See* 8th Cir. R. 47A(a). To the extent Hardy's numerous requests filed with this court may be construed as motions on appeal, they are denied as moot.

recommendation of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.